IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PRINCE SAYON LENARD SCOTT, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:19cv486-MHT |
| | ) | (WO) |
| CO/OFFICER YOUNG and | ) | |
| CO/OFFICER GOLSON, | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant correctional officers cut off the air in his entire dorm in response to the misdeeds of one or two other inmates, and that this endangered plaintiff because his medication makes him susceptible to stroke and other illnesses when exposed to excessive heat. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of March, 2020.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**